**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CASE NO. _____

**DIPEN PATEL AND ROOPAL PATEL**

 Plaintiffs,

v.

**LEXINGTON INSURANCE COMPANY,**

 Defendant.

_____/

## DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION

Defendant, LEXINGTON INSURANCE COMPANY ("Lexington"), a foreign corporation, hereby files this Notice of Removal of Civil Action, and states:

1. Defendant, Lexington, is an eligible surplus lines insurer that issued a policy of homeowner's property insurance to Plaintiffs, Dipen Patel and Roopal Patel ("Plaintiffs"), under policy number 25285636.

2. Lexington has been named Defendant in the Complaint filed by Plaintiffs in the Circuit Court of the 9th Judicial Circuit in and for Orange County, Florida, case number 2023-CA-002240-O, styled as Dipen Patel & Roopal Patel v. Lexington Insurance Company. See Plaintiffs' Complaint (along with summons) attached hereto as **Exhibit "1"**.

3. Service of Process was effectuated on Lexington on March 21, 2023. See Notice of Service of Process attached hereto as **Exhibit "2"**.

4. This is a civil action over which this Honorable Court has original jurisdiction under 28 U.S.C. § 1332, and which Lexington is entitled to remove to this Honorable Court based upon diversity of citizenship.

5.  Plaintiffs are permanent residents of Orange County, Florida, residing at 11219 Camden Park Dr., Windermere, FL 34786 and therefore citizens of Florida.

6.  Lexington is a Delaware corporation with its principal place of business located at 99 High Street, in Boston, Massachusetts, 02110, and, therefore a citizen of Delaware and Massachusetts. See Declaration in Support of Removal by Craig P. Engle, attached hereto as **Exhibit "3"**.

7.  No parties have common citizenship for purposes of diversity jurisdiction. Therefore, complete diversity exists between all parties named in this matter.

8.  Lexington consents to the removal of this action to this Court. See Exhibit "3" at ¶ 5.

9.  Venue is proper in the Middle District of Florida because at all relevant times Lexington was doing business in Florida as an eligible surplus lines insurer, and the suit for which this removal originates was filed by Plaintiffs in the Circuit Court in and for Orange County, Florida.

10.  Plaintiffs claim that Lexington breached the subject insurance policy by failing to provide Plaintiffs with the proper payment for their allegedly covered loss. See Exhibit "1" at ¶ 12 & 14.

11.  Prior to litigation, Plaintiffs filed a Notice of Intent to Initiate Litigation wherein the Plaintiffs alleged that the estimated amount of damages is $167,130. See Notice of Intent to Initiate Litigation attached hereto as **Exhibit "4"**.

12.  Lexington disputes Plaintiffs' entire amount of claimed damages in this action.

13.  Therefore, the amount in controversy in this lawsuit is $167,130, not including any claim for statutory attorney's fees and costs. See Exhibit "4".

14. Accordingly, the damages at issue, and the amount in controversy are in excess of this Honorable Court's $75,000.00 jurisdictional minimum.

15. These jurisdictional facts were true once Plaintiffs served Lexington with the Complaint on March 21, 2023, and are true presently, at the time of removal. See Exhibits "1" & "2".

16. The following items constitute all of the process, pleadings, and orders filed in this action, to date:

- Civil Cover Sheet
- Complaint;
- General Standing Case Management Plan/Order
- Plaintiffs' Request for Admissions;
- Plaintiffs' Notice of Serving Interrogatories;
- Plaintiffs' Request for Production;
- Summons;
- Defense Counsel's Notice of Appearance and E-Mail Designation.

17. Plaintiffs' Complaint (along with summons) is attached as Exhibit "1". The Notice of Service of Process is attached as Exhibit "2". The Declaration in Support of Removal by Craig P. Engle is attached as Exhibit "3". Plaintiffs' Notice of Intent to Initiate Litigation is attached as Exhibit "4". The General Standing Case Management Plan/Order are attached as Exhibit "5". Plaintiffs' Request for Admissions are attached as Exhibit "6". Plaintiffs' Notice of Serving Interrogatories with attached Interrogatories is attached as Exhibit "7." Plaintiffs' Request for Production is attached as Exhibit "8." Defense Counsel's Notice of Appearance and E-Mail Designations is attached as Exhibit "9."

18.   This Notice of Removal is being filed within thirty (30) days of receipt of Plaintiffs' Complaint against the Defendant, evidencing that Plaintiffs' claim is for an amount in excess of this Honorable Court's $75,000.00 jurisdictional minimum.

WHEREFORE, Defendant, LEXINGTON INSURANCE COMPANY, a foreign corporation, respectfully requests that the above-referenced action pending in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, Case No. 2023-CA-002240-O, be removed from that court to the United States District Court for the Middle District of Florida.

Respectfully submitted,

**BERK, MERCHANT & SIMS, PLC**

*/s/Melissa M. Sims*
Melissa M. Sims / FBN: 85936
Kenneth B. Ejene / FBN: 1008282
2 Alhambra Plaza, Suite 700
Coral Gables, Florida 33134
Tel: (786) 338-2900 / Fax: (786) 338-2888
E-Mail: msims@berklawfirm.com
dalvarez@berklawfirm.com
kejene@berkalwfirm.com
mposada@berkalwfirm.com
***Counsel for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Jeremy T. Schilling / FBN: 0098111
Aaron D. Silvers / FBN: 104811
Schilling & Silvers PLLC
1700 NW 64th St., Suite 460
Fort Lauderdale, FL 33309
Tel: (954) 712-8877

Fax: (954) 824-2201
E-Mail: jschilling@schillingsilvers.com
dadams@schillingsilvers.com
Counsel for Plaintiffs

*/s/ Melissa M. Sims*
Melissa M. Sims, Esq.