UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISON

DIPEN PATEL AND ROOPAL PATEL,

    Plaintiffs,                                      Case No. 6:23-CV-00707-JSS/RMN

v.

LEXINGTON INSURANCE COMPANY,

    Defendant,
_____/

**PLAINTIFFS' NOTICE OF SETTLEMENT**

Plaintiffs, DIPEN PATEL AND ROOPAL PATEL, by and through their undersigned counsel, hereby file this Notice of Settlement in the above-styled action.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on the 7th day of March 2025 a true and correct copy of the forgoing has been filed and sent via email to Johnathan D. Tobin Esq, 2 Alhambra Plaza Suite 700 Coral Gables, Florida 33134  jtobin@berklawfirm.com, msims@berklawfirm.com, kmendez@berklawfirm.com, cpierre@berklawfirm.com, dalvarez@berklawfirm.com, gustavo.rodriguez@berklawfirm.com.

                                                      By:   **/s/ Francisco I. Abad**
                                                              FRANCISCO I. ABAD, ESQ.
                                                               Florida Bar No: 1039319
                                                               JEREMY T. SCHILLING, ESQ.
                                                               Florida Bar No: 0098111
                                                               Schilling & Silvers PLLC
                                                               1700 NW 64th Street, Suite 460
                                                               Fort Lauderdale, Florida 33309
                                                               Phone: (954) 712-8877
                                                               Fax: (954) 824-2201
                                                               Email: fabad@schillingsilvers.com
                                                                tpendergraph@schillingsilvers.com