UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DIPEN PATEL and ROOPAL PATEL,

    Plaintiffs,

v.                                                  Case No: 6:23-cv-707-JSS-RMN

LEXINGTON INSURANCE
COMPANY,

    Defendant.
_____/

### ORDER

    The court has been notified by Plaintiffs' Notice of Settlement (Dkt. 71) that the above-styled action has been settled. Accordingly, pursuant to Middle District of Florida Local Rule 3.09, this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this Order, to submit a stipulated form of final order or judgment should they so choose <u>or</u> for any party to move to reopen the action, upon good cause shown. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are **DENIED** as moot and the Clerk is **DIRECTED** to terminate all deadlines and to close this case.

    **ORDERED** in Orlando, Florida on March 14, 2025.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record